IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JADE CARPENTER, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 5355 ) |
| PAYDAY LOAN STORES OF ILLINOIS, INC., | ) Judge Gettleman ) |
| Defendant. | ) |

## (AGREED) MOTION TO DISMISS

Plaintiff, Jade Carpenter, and Defendant, The Payday Loan Store of Illinois, Inc., by their respective counsel, and pursuant to the parties' settlement agreement, move this court to dismiss Plaintiff's individual claims with prejudice and to dismiss the putative class claims without prejudice, with Plaintiff and Defendant bearing their attorney's fees and costs pursuant to the parties' agreement, and to terminate this case.

WHEREFORE, Plaintiff, Jade Carpenter, and Defendant, The Payday Loan Store of Illinois, Inc., respectfully request that this Court grant this motion, and enter an order dismissing Plaintiff's individual claims with prejudice, dismissing the putative class claims without prejudice, and terminating this case.

Dated:  February 17, 2009                                            Respectfully submitted,

**THE PAYDAY LOAN STORE**                      **JADE CARPENTER**
**OF ILLINOIS, INC.**


By: s/ Joshua D. Davidson                               By: s/ Alexander Holmes Burke
    Defendant's Attorney                                             Plaintiff's Attorney

| | |
|---|---|
| Craig A. Varga | Alexander H. Burke |
| Joshua D. Davidson | BURKE LAW OFFICES, LLC |
| VARGA BERGER LEDSKY HAYES & CASEY | 155 N. Michigan Avenue |
| 224 South Michigan Avenue, Ste. 350 | Suite 732 |
| Chicago, IL 60604 | Chicago, IL 60601 |
| (312) 341-9400 | (312) 729-5288 |

### CERTIFICATE OF SERVICE

Joshua D. Davidson, an attorney, hereby certifies that a true and correct copy of the foregoing **(Agreed) Motion to Dismiss** was served electronically via CM/ECF e-Filing upon:

Alexander Holmes Burke
ABurke@BurkeLawLLC.com

this 17th day of February, 2009.

s/ Joshua D. Davidson

2